UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MITCHELL SCHWARZWALDER,

    Plaintiff,

vs.                                                  Case No. 8:17-cv-702-T-27JSS

CAVALRY PORTFOLIO SERVICES, LLC,

    Defendant.
_____/

## ORDER

The Court has been advised that this action has been settled (Dkt. 8). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla. this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Order to Show Cause (Dkt. 7) is **DISCHARGED**. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 11th day of May, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record